1010

No. 85–1499.   LANDAHL, BROWN & WEED ASSOCIATES, INC. *v.* CITY OF CAPE CORAL.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 85–5823.   WELCH *v.* RICE, WARDEN.   C. A. 4th Cir. Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 84–6895.   SIRECI *v.* FLORIDA.   Sup. Ct. Fla.;
No. 85–1525.   HARTMAN *v.* TENNESSEE.   Sup. Ct. Tenn.;
No. 85–6011.   TUGGLE *v.* VIRGINIA.   Sup. Ct. Va.;
No. 85–6273.   DARDEN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
No. 85–6440.   ZAGORSKI *v.* TENNESSEE.   Sup. Ct. Tenn.;
No. 85–6649.   EVANS *v.* MARYLAND.   Ct. App. Md.;
No. 85–6650.   FOSTER *v.* MARYLAND.   Ct. App. Md.;
No. 85–6749.   WICKER *v.* McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.;
No. 85–6846.   WALLACE *v.* INDIANA.   Sup. Ct. Ind.; and
No. 85–6891.   GALL *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.   Reported below: No. 84–6895, 469 So. 2d 119; No. 85–1525, 703 S. W. 2d 106; No. 85–6011, 230 Va. 99, 334 S. E. 2d 838; No. 85–6273, 772 F. 2d 668; No. 85–6440, 701 S. W. 2d 808; No. 85–6649, 304 Md. 487, 499 A. 2d 1261, and 305 Md. 306, 503 A. 2d 1326; No. 85–6650, 304 Md. 439, 499 A. 2d 1236, and 305 Md. 306, 503 A. 2d 1326; No. 85–6749, 783 F. 2d 487; No. 85–6846, 486 N. E. 2d 445; No. 85–6891, 702 S. W. 2d 37.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–1353.   BOX *v.* A & P TEA CO.   C. A. 7th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.